UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYNTHIA R. SKRAMSTAD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT J. GOLDEN, M.D., et al., <br><br> Defendants. | No. CV-08-65-FVS <br><br> ORDER |

**THIS MATTER** having come before the Court based upon a motion for a protective order; Now, therefore

**IT IS HEREBY ORDERED:**

The motion for a protective order filed by Todd D. Merchen, M.D., (**Ct. Rec. 44**) is granted in part:

(a) Dr. Merchen is not required to form and disclose an opinion with respect to whether Dr. Golden's treatment fell short of the relevant standard of care, nor, if Dr. Merchen has already formed an opinion with respect to that issue, is he required to disclose his opinion unless he chooses to do so.

(b) Dr. Merchen shall disclose to the plaintiffs' attorney any document(s) he possesses with respect to the termination of his relationship with the Sacred Heart Medical Center. The plaintiffs' attorney may not disclose the document(s) to anyone else unless he

ORDER - 1

first obtains permission from the Court.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this __17th__ day of April, 2009.

>        s/Fred Van Sickle
>        Fred Van Sickle
>   Senior United States District Judge

ORDER - 2