UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYNTHIA R. SKRAMSTAD and BRADLEY SKRAMSTAD, wife and husband, individually and on behalf of the marital community,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. GOLDEN, M.D., and JANE DOE GOLDEN, husband and wife, individually and on behalf of the marital community,<br><br>Defendant. | NO: CV-08-065-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court is Plaintiff's Stipulation for Order of Dismissal with Prejudice (Ct. Rec. 104). Having reviewed said motion and the file and pleadings therein, the Court deems itself otherwise fully advised in the premises. Accordingly,

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Dismissal with Prejudice (**Ct. Rec. 104**) is **GRANTED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 3rd day of January, 2011.

           *s/ Rosanna Malouf Peterson*
           ROSANNA MALOUF PETERSON
           United States District Court Judge